IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1034-AP

STEPHEN C. TRUJILLO, SR.,
        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,
        Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

1. **APPEARANCES OF COUNSEL**

    <u>For Plaintiff</u>:
    Larry R. Daves
    207 ½ Colorado
    P.O. Box 1026
    La Junta, CO 81050
    719-384-5438
    719-384-8676 (facsimile)
    ldaves@pcisys.net

    <u>For Defendant</u>:
    Bonnie E. Sims
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, CO 80294
    Bonnie.sims@ssa.gov

    *Street Address:*
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, CO 80202
    303-454-0100
    303-454-0404 (facsimile)

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint was filed: June 6, 2005

    B. Date Complaint was served on U.S. Attorney's Office: June 7, 2005

    C. Date Answer and Administrative Record Were Filed: August 16, 2005

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

There is no additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not raise any unusual claims or defenses.

7. OTHER MATTERS

The parties are not aware of any additional matters which should be brought to the attention of the Court.

8. PROPOSED BRIEFING SCHEDULE
    A. Plaintiff's Opening Brief due: September 30, 2005

    B. Defendant's Response brief Due: November 14, 2005

    C. Plaintiff's Reply Brief Due: November 24, 2005

9. STATEMENT REGARDING ORAL ARGUMENT

    A. Plaintiff's Statement: Oral argument is not requested

B. Defendant's Statement: Oral argument is not requested

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE
    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B. ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COL.CivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Management Plan may be altered or amended only upon a showing of <u>good cause</u> .

DATED this 30th day of August, 2005.

BY THE COURT:

s/John L.Kane
UNITED STATES DISTRICT JUDGE

APPROVED:

s/Larry R. Daves
Larry R. Daves
P.O. Box 1026
La Junta, CO 81050
ldaves@pci.net
719-384-5438

Attorney for Plaintiff

UNITED STATES ATTORNEY

s/ Bonnie E. Sims
By: Bonnie E. Sims
Special Assistant U.S. Attorney
Bonnie.sims@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, CO 80294

*Street Address:*
United States Attorney's Office

1225 Seventeenth Street, Suite 700
Denver, CO 80202
(303) 454-0100
Attorney for Defendant